# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL TURMAN, | CASE NO. 1:08-cv-00794-AWI-GSA PC |
| Plaintiff, | ORDER GRANTING MOTION FOR RETURN OF EXHIBITS, AND DIRECTING CLERK'S OFFICE TO RETURN ORIGINAL EXHIBITS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Darryl Turman ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 9, 2008.  On July 10, 2008, following receipt of notice that original exhibits are scanned but not permanently retained by the Court, Plaintiff filed a motion seeking the return of his original exhibits.

Plaintiff's motion is HEREBY GRANTED.  The Clerk's Office shall return to Plaintiff the original exhibits attached to his complaint.

IT IS SO ORDERED.

Dated:   **December 16, 2008**                     **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE

1